December 17, 2021

EQH Service Company, LLC
Michael Mullenix % Jaime Hagedorn
3290 Rider Trail South
Earth City, Missouri 63045

RE: NOTICE OF LAWSUIT

Michael Mullenix

Be advised that a lawsuit has been filed with the United States District Court, Eastern District of Missouri on November 30, 2021 for which relief is sought.

Enclosed is a true copy of a Notice Regarding Magistrate Judge Jurisdiction consent form and a copy of Ini Watson's signed consent form.

Respectfully,

*[signature]*

Ini Watson



Enclosures

*[signature]*

1/24/25

ALEXIS MARIE MITCHELL
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: January 24, 2025
Commission Number: 21144202

## CERTIFICATE OF SERVICE

This is to certify that a Notice of a lawsuit and a true copy of the foregoing Notice Regarding Magistrate Judge Jurisdiction consent form were forwarded to EQH Service Company, LLC et al at: 3290 Rider Trail South, Earth City, Missouri 63045 by certified mail on this 17 day of December, 2021.

Respectfully Submitted,

Ini Watson

11/24/25

ALEXIS MARIE MITCHELL
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: January 24, 2025
Commission Number: 21144209

Watson
335 N. Park Ln
Florissant, MO 63031



Equis Service Company, LLC
3290 Rider Trail South
Earth City, Missouri 63045

Attn: Michael Mullenix

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Equis Service Company, LLC
3290 Rider Trail South
Earth City, MO 63045
Attn: Michael Mullenix

9590 9402 6630 1028 5331 48

2. Article Number (Transfer from service label)

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X
☐ Agent
☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com.

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $
Postmark Here

Sent To
Equis Service Company, LLC
Street & Apt. No. or PO Box No.
3290 Rider Trail South
City, State, ZIP+4
Earth City, MO 63031