RECEIVED

MAR 17 2022

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

INI WATSON,
   Claimant,       No.4:21-CV-1405-JAR

V.

MARRIOTT INTERNATIONAL INC et al.,
   Defendants.

### CLAIMANT'S PETITION TO FILE OUT OF TIME AMENDED COMPLAINT FOR FAILURE TO ACCOMMODATE

Claimant request of this Court to file out of time a complaint for failure to accommodate due to a delay in delivery by US Postal Services.

Respectfully,

*[signature]*

Ini Watson

Certificate of Service

This is to certify that a true copy of Claimant's Petition to File Out of Time was forwarded by certified mail on this 16th day of March 2022 to the following:

Margaret D. Gentzen, Esq.
Fox Smith, LLC
One S. Memorial Drive, 12th Floor
St. Louis, MO 63102

EQH SERVICE COMPANY LLC. (contractor with MARRIOTT INTERNATIONAL INC.)
10400 Fernwood Road
Bethesda, MD 20817

Respectfully Submitted,

*Ini Watson*

*Alexis Mitchell*
1/24/2025

ALEXIS MARIE MITCHELL
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: January 24, 2025
Commission Number: 21144209